| SUMMONS - CIVIL<br>JD-CV-1   Rev. 2-22<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For Information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>235 Church Street, New London 06510 | Telephone number of clerk<br>( 203 ) 503 – 6800 | Return Date *(Must be a Tuesday)*<br>08/30/2022 |
|---|---|---|
| ☒ Judicial District   G.A.<br>☐ Housing Session  ☐ Number: | At *(City/Town)*<br>New Haven | Case type code *(See list on page 2)*<br>Major: T   Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Law Offices of Cicchiello & Cicchiello, LLC | Juris number *(if attorney or law firm)*<br>419515 |
|---|---|
| Telephone number<br>( 860 ) 886 – 9300 | Signature of plaintiff *(if self-represented)* | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Diaz, Christina<br>Address: 30 Grafton Road, Hamden, CT 06517 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Amazon.com Services LLC<br>Address: 410 Terry Avenue North, Seattle, WA 98109 | AFS: Corporation Service Company<br>225 Asylum St., 20th Fl., Hartford, CT 06103 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>07/08/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>John E. Sheel, Esq. |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| Certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
|  | C 10 | Construction - State and Local |  | P 10 | Partition |
|  | C 20 | Insurance Policy |  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | C 30 | Specific Performance |  | P 30 | Asset Forfeiture |
|  | C 40 | Collections |  | P 90 | All other |
|  | C 50 | Uninsured/Underinsured Motorist Coverage |  |  |  |
|  | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |  |  |  |
|  | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  |  |  |  | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation |  | T 11 | Defective Premises - Public - Snow or Ice |
|  | E 10 | Redevelopment Condemnation |  | T 12 | Defective Premises - Public - Other |
|  | E 20 | Other State or Municipal Agencies |  | T 20 | Products Liability - Other than Vehicular |
|  | E 30 | Public Utilities & Gas Transmission Companies |  | T 28 | Malpractice - Medical |
|  | E 90 | All other |  | T 29 | Malpractice - Legal |
|  |  |  |  | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit |  | T 40 | Assault and Battery |
|  | H 12 | Housing - Rent and/or Damages |  | T 50 | Defamation |
|  | H 40 | Housing - Housing - Audita Querela/Injunction |  | T 61 | Animals - Dog |
|  | H 50 | Housing - Administrative Appeal |  | T 69 | Animals - Other |
|  | H 60 | Housing - Municipal Enforcement |  | T 70 | False Arrest |
|  | H 90 | Housing - All Other |  | T 71 | Fire Damage |
|  |  |  |  | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | M 10 | Receivership |  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | M 15 | Receivership for Abandoned/Blighted Property |  | V 05 | Motor Vehicles* - Property Damage only |
|  | M 20 | Mandamus |  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |  | V 09 | Motor Vehicle* - All other |
|  | M 40 | Arbitration |  | V 10 | Boats |
|  | M 50 | Declaratory Judgment |  | V 20 | Airplanes |
|  | M 63 | Bar Discipline |  | V 30 | Railroads |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |  | V 40 | Snowmobiles |
|  | M 68 | Bar Discipline - Inactive Status |  | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |  |  |  |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | M 83 | Small Claims Transfer to Regular Docket |  | W 90 | All other |
|  | M 84 | Foreign Protective Order |  |  |  |
|  | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |  |  |  |
|  | M 90 | All other |  |  |  |

| | |
|---|---|
| RETURN DATE:  AUGUST 30, 2022 | SUPERIOR COURT |
| CHRISTINA DIAZ | J. D. OF NEW HAVEN |
| VS. | AT NEW HAVEN |
| AMAZON.COM SERVICES LLC DBA BDL #AMAZON FULFILLMENT CENTER | JULY 8, 2022 |

## COMPLAINT

### COUNT ONE:  Employment Discrimination – Federal Law Claims

1.  At all times mentioned herein, the **plaintiff, Christina Diaz**, was and is a resident of the town of Hamden, county of New Haven, and state of Connecticut.

2.  At all times mentioned herein, the **defendant, Amazon.com Services LLC D/B/A BDL# Amazon Fulfillment Center,** was and is a limited liability company the state of Connecticut and was operating a warehouse facility located at 409 Washington Avenue in North Haven, Connecticut. At all times mentioned herein, the defendant employed over 15 employees.

3.  The plaintiff is a Hispanic female.

4.  In 2018, the plaintiff was hired by the defendant to work as a non-inventory receiver/lead, a supervisory position, at the defendant's warehouse facility located at 409 Washington Avenue in North Haven, Connecticut.

5.  The plaintiff performed all her job duties in a satisfactory and capable manner throughout the term of her employment with the defendant.

6.  During employment with the defendant, the plaintiff endured a course of conduct discrimination by the defendant, its agents, servants, or employees, which resulted in discriminatory treatment to plaintiff, based on her race and sex, and said conduct was conducted in a manner which was fully recognized, tolerated, acknowledged, condoned, approved, ratified and, in effect, encouraged by defendant, through itself, its agents, servants

and employees. Said conduct affected the terms and conditions of the plaintiff's employment.

7. In particular, the discriminatory conduct consisted of the following:

   a. As a supervisor, the plaintiff was responsible for responding to employee complaints.

   b. The plaintiff received a complaint from two female employees about sexual harassment from a male employee. The plaintiff responded to the complaint according to company protocol by reporting the situation to her supervisors. Despite the plaintiff's report, the subject male did not receive employment discipline.

   c. Shortly after the plaintiff reported the sexual harassment, a non-Hispanic male outside of the plaintiff's department received a promotion, even though the male employee did not apply for the promotion. This male employee was not more qualified for the promotion than the plaintiff.

   d. The plaintiff complained to management about the promotion of the male employee. Thereafter, a male employee from a different shift was trained for a position before the position was posted.

   e. The defendant was secretly grooming male employees for positions and lying to the plaintiff about the availability of other lead positions.

   f. On or about August 10, 2020, the plaintiff was terminated for the stated reason of making a comment that the male employee who was promoted from outside the department was promoted "because of Black Lives Matter." This accusation was false; the plaintiff did not make this statement, and the defendant provided no credible evidence that the plaintiff made the statement.

   g. Other male, non-Hispanic employees have made comments, which were

        inappropriate and/or hostile, but these male employees received no employment discipline.

  h.  After the termination of plaintiff's employment, the defendant has also interfered with the plaintiff's ability to obtain employment with vendors who conduct business at the defendant's North Haven facility. In particular, the defendant refuses to permit the plaintiff to enter the facility to work for the vendors. This continued discriminatory action and retaliation contradicts the defendant's past practice in permitting non-Hispanic male employees to work for venders at the North Haven facility after the defendant terminated their employment.

8.   The defendant discriminated against the plaintiff; retaliated against the plaintiff for her complaints about discriminatory treatment; and discharged the plaintiff because of her sex, gender, and race in violation of Violation of Title VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. 2000e *et seq.*, and the Civil Rights Act of 1991.

9.   The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on May 17, 2022.

10.   As a proximate result of defendant's unlawful conduct, plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

11.   As a further result of defendant's unlawful conduct, plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

12.   As a further result of defendant's unlawful conduct, plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish,

humiliation, embarrassment and low self-esteem.

**COUNT TWO:  Employment Discrimination – State Law Claims**

1-7. Paragraphs one through seven of Count One are incorporated herein and made paragraphs one through seven of this Count Two as if fully set forth herein.

8. The defendant discriminated against the plaintiff; retaliated against the plaintiff for her complaints about discriminatory treatment; and discharged the plaintiff because of her sex, gender, and race in violation of General Statutes §§ 46a-60 (b)(1), 46a-60 (b)(4), and 46a-60 (b)(5).

9. The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on May 17, 2022.

10. As a proximate result of defendant's unlawful discrimination, plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

11. As a further result of defendant's unlawful discrimination, plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

12. As a further result of defendant's unlawful discrimination, plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**WHEREFORE**, the plaintiff claims:

1. Just, fair and reasonable damages;
2. Allowable costs;
3. Attorney's fees;
4. A trial by jury; and
5. Such other further relief as the court deems appropriate.

THE PLAINTIFF, CHRISTINA DIAZ

BY  /s/ John E. Sheer
    John E. Sheer, Esq.
    Lorenzo J. Cicchiello, Esq.
    Law Offices of Cicchiello & Cicchiello, LLC
    582 West Main Street
    Norwich, CT 06360
    860.886.9300 phone
    860.886.5963 fax
    Firm Juris No. 419515